UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BARNHOUSE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNKNOWN S.F.P.D. DETECTIVE,<br><br>　　　　Defendant. | Case No.  14-cv-05055-JCS<br><br>**ORDER FOR ADDITIONAL INFORMATION IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS** |

　　　　The Court is in receipt of Plaintiff's Application to Proceed In Forma Pauperis.  The Court is unable to rule on the application until Plaintiff provides more complete information regarding his financial status.  First, Plaintiff states in response to Question 1 that he is not employed.  He further indicates that he has not received any money from the sources enumerated in Question 2.  Second, Plaintiff states that he has no monthly expenses for rent, food, utilities or clothing (Question 8).  The Court requests that Plaintiff provide an explanation of these responses, including how he covers basic necessities and/or why he has no monthly expenses.  Plaintiff shall file a signed declaration addressing these questions no later than December 19, 2014.  Failure to do so will result in denial of Plaintiff's motion.

　　　　**IT IS SO ORDERED.**

Dated: December 1, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge