UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BARNHOUSE,<br><br>  Plaintiff,<br><br>  v.<br><br>UNKNOWN S.F.P.D. DETECTIVE,<br><br>  Defendant. | Case No. 14-cv-05055-JCS<br><br>**SECOND ORDER FOR ADDITIONAL INFORMATION IN SUPPORT OF APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On December 1, 2014, the Court ordered that Plaintiff provide additional information in support of his application to proceed in forma pauperis. In the Order, the Court stated as follows:

> The Court is in receipt of Plaintiff's Application to Proceed In Forma Pauperis. The Court is unable to rule on the application until Plaintiff provides more complete information regarding his financial status. First, Plaintiff states in response to Question 1 that he is not employed. He further indicates that he has not received any money from the sources enumerated in Question 2. Second, Plaintiff states that he has no monthly expenses for rent, food, utilities or clothing (Question 8). The Court requests that Plaintiff provide an explanation of these responses, including how he covers basic necessities and/or why he has no monthly expenses. Plaintiff shall file a signed declaration addressing these questions no later than December 19, 2014. Failure to do so will result in denial of Plaintiff's motion.

Docket No. 4. The Order was served on Plaintiff at the General Delivery address listed on the face of his complaint. On December 30, 2014, the Order was returned as "UNCLAIMED." On January 6, 2015, the Clerk contacted Plaintiff by telephone. Mr. Barnhouse stated that he does not have any other address and asked the Court to serve the Order again at the General Delivery address. Accordingly, the Court will make one more attempt to serve Plaintiff at the General Delivery address on his complaint. Plaintiff shall provide the information requested in the Court's previous Order no later than January 30, 2015. Failure to do so will result in denial of his

1 | request to proceed in forma pauperis.

2 | **IT IS SO ORDERED.**

4 | Dated: January 6, 2015

_____
JOSEPH C. SPERO
United States Magistrate Judge