United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BARNHOUSE,

        Plaintiff,

   v.

UNKNOWN S.F.P.D. DETECTIVE,

        Defendant.

Case No.  14-cv-05055-JCS

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY FILING FEE**

     On February 6, 2015, the Court denied Plaintiff's Application to Proceed in Forma Pauperis and ordered Plaintiff to pay the filing fee in this action within thirty (30) days, or to file a renewed application to proceed in forma pauperis that included the information requested by the Court in Docket Nos. 4 and 8, to avoid dismissal of the action without prejudice.   Plaintiff has not paid the filing fee or filed a renewed application and more than thirty days has passed.  Therefore, Plaintiff is ORDERED to appear on **April 24, 2015 at 2:00 p.m.** in Courtroom G, 450 Golden Gate Avenue, 15th Floor, San Francisco, CA, and show cause why this action should not be dismissed for failure to pay the filing fee.  Any memorandum in opposition shall be filed by April 17, 2015 and shall not exceed five pages.

     **IT IS SO ORDERED.**

Dated: March 12, 2015

JOSEPH C. SPERO
United States Magistrate Judge