UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BARNHOUSE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN S.F.P.D. DETECTIVE,<br><br>    Defendant. | Case No. 14-cv-05055-JCS<br><br>REPORT & RECOMMENDATION |

Plaintiff filed this action on November 17, 2014 and applied to proceed in forma pauperis. On December 1, 2014, the Court issued an order for additional information in support of the application regarding Plaintiff's financial status. *See* Docket No. 4. The order was served at the General Delivery address on the face of the Complaint. It was returned as undeliverable on December 30, 2014. *See* Docket No. 7. On January 6, 2015, the Clerk contacted Plaintiff by telephone. Mr. Barnhouse stated that he does not have any other address and asked the Court to serve the Order again at the General Delivery address. Accordingly, the Court sent a second order for additional information to the same address, extending the deadline to respond to January 30, 2015. *See* Docket No. 8. That order also was returned as undeliverable. See Docket No. 12. On February 6, 2015, the Court denied Plaintiff's in forma pauperis application and ordered that Plaintiff pay the filing fee within thirty days. *See* Docket No. 10. To date, that order has not been returned as undeliverable. Plaintiff failed to pay the filing fee. On March 12, 2015, the Court issued an order to show cause why the case should not be dismissed for failure to pay the filing fee, with a show cause hearing set for April 24, 2015. *See* Docket No. 14. That order was returned as undeliverable. *See* Docket No. 15. Plaintiff did not appear at the April 24, 2015 show cause

1  hearing.

2  Accordingly, it is recommended that the case be DISMISSED without prejudice for failure
3  to pay the filing fee and failure to prosecute.  The case will be reassigned to a district court judge.

5  Dated:  April 24, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge